UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALVARO SANCHEZ-AGUILAR, et al.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>　　　　　Defendants. | NO. CV-10-153-RHW<br><br>ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION |

　　　Plaintiff, a federal prisoner currently housed at the Airpark Unit Corrections Center in Big Springs, Texas, brings this action, purportedly under 42 U.S.C. § 1983 and "2255." This is substantially the same document previously filed in cause numbers CV-10-044-RHW and CV-10-122-RHW. Those actions were dismissed for lack of jurisdiction on March 24, 2010 and April 27, 2010, respectively. After review of the complaint, the court finds it still lacks jurisdiction to consider claims regarding Plaintiff's current conditions of confinement as he is presently incarcerated outside this judicial district.

　　　Accordingly, **IT IS ORDERED** the Complaint is **DISMISSED without prejudice** for lack of jurisdiction. The court finds it would not be in the interest of justice to transfer this action under 28 U.S.C. § 1631.

///

///

ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION -- 1

1 **IT IS SO ORDERED.** The District Court Executive is **DIRECTED** to enter this Order, enter judgment, forward copies to Plaintiff Alvaro Sanchez-Aguilar at his last known address and to Plaintiff Young Yil Jo at his last known address, and **close the file**. The court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 21st day of May 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2010\Sanchez-Aguilar\10cv153rhw-5-19-disjx.wpd

ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION -- 2